UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Republic Technologies (NA), LLC, et al.

Plaintiff,

v.

Case No.: 1:19−cv−07986
Honorable Andrea R. Wood

Tobacco & Cigars, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 4, 2020:

MINUTE entry before the Honorable Andrea R. Wood: By order dated 11/12/2020 [24], Plaintiff was directed to file its motion for entry of default judgment, with supporting materials, by 11/30/2020. As of yet, however, Plaintiff has not made that filing. The filing date was set to allow sufficient notice in advance of the anticipated hearing on the motion for default judgment set for 12/11/2020. As the motion was not filed on time, the motion hearing on 12/11/2020 will proceed as a telephonic status hearing only. Plaintiff shall appear and explain the reason for the delay in filing the support for default judgment. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.